IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KELORA SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:10-cv-683 |

### DEFENDANTS SHOPKO STORES OPERATING CO., LLC'S AND NATIONAL BUSINESS FURNITURE, LLC'S MOTION TO DIMISS AND IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Shopko Stores Operating Co., LLC ("Shopko") and National Business Furniture, LLC ("NBF"), by their attorneys Quarles & Brady LLP, move to dismiss the claims against Shopko and NBF in Plaintiff Kelora Systems, LLC's ("Plaintiff") First Amended Complaint of Patent Infringement. In the alternative, Shopko and NBF move for a more definite statement of Plaintiff's claims against Shopko and NBF pursuant to Rule 12(e). Shopko and NBF file this motion in lieu of answers and without waiving their rights to answer or further respond to the allegations in Plaintiff's First Amended Complaint for Patent Infringement.

In support of this Motion, Shopko and NBF submit Defendants Shopko Stores Operating Co., LLC's and National Business Furniture, LLC's Brief in Support of its Motion to Dismiss and in the Alternative Motion for a More Definite Statement.

QB\12275245.1

Dated this 14th day of January, 2011.	/s/ Martha Jahn Snyder
Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kgn@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
P.O. Box 2113
Madison, WI  53701-2113
Tel:  (608) 251-5000
Fax:  (608) 251-9166

*Attorneys for Defendants
National Business Furniture, LLC and
Shopko Stores Operating Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated this 14th day of January 2011.	/s/ Martha Jahn Snyder
Martha Jahn Snyder

QB\12275245.1